COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart v. SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Group, LLC, Mountain Express Oil Company, and Trujo Wadud, Individually

Appellate case number: 01-22-00018-CV

Trial court case number: 2021-47779

Trial court: 127th District Court of Harris County

Appellants D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart filed a Notice of Appeal on January 18, 2022, asserting they seek to appeal a December 17, 2021 order dissolving a temporary injunction and five summary judgments signed on December 22, 2021. On September 2, 2022, Appellees SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Group, LLC, Mountain Express Oil Company, and Trujo Wadud, Individually, filed a Joint Motion to Dismiss Appeal for Want of Jurisdiction ("Motion to Dismiss"), arguing that the appeal of the temporary injunction order was untimely and that there is no final judgment disposing of the summary judgments.[1]

The Court requests a response from Appellants to the Motion to Dismiss. *See* TEX. R. APP. P. 42.3(a). The response to the Motion to Dismiss is due **ten days** from the date of this order.

It is so ORDERED.

---

[1] In their brief, Appellants also argue that the trial court abused its discretion by signing an order releasing a bond in contravention of this Court's January 19, 2022 order imposing a stay of all trial court proceedings pending final adjudication of the present appeal. The Motion to Dismiss does not address this argument.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date:  September 13, 2022